**No. 55050.**—H. G. Brake & Co. *v.* United States, protests 163999–K and 164450–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of sawed lumber similar in all material respects to that the subject of Abstract 53917, the claim of the plaintiff was sustained.